No. 717. EFCO MANUFACTURING, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Benjamin H. Dorsey* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Nancy M. Sherman* for respondent.

No. 756. KROMER ET AL. *v.* RIEGEL TEXTILE CORP. C. A. 7th Cir. Certiorari denied. *Abraham W. Brussell* for petitioners. *John F. Ryan* for respondent.

No. 689. PINELLAS BROADCASTING Co. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Arthur H. Schroeder, Telford Taylor* and *Neville Miller* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Warren E. Baker, Richard A. Solomon* and *Daniel R. Ohlbaum* for the Federal Communications Commission, and *Philip J. Hennessey, Jr., Warren D. Quenstedt, Paul M. Segal* and *George S. Smith* for the Tribune Company, respondents.

No. 677. JOHNSON *v.* IDAHO. Supreme Court of Idaho. Certiorari denied. *J. M. Lampert* for petitioner. *Graydon W. Smith,* Attorney General of Idaho, and *J. R. Smead,* Assistant Attorney General, for respondent.

No. 567, Misc. LEA *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *John P. Dowling* for petitioner.